```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
AHMIA,
                                    :
                                    :
                       Plaintiff,   :
                                    :
         -against-                  :
                                    :
UNION MUTUAL FIRE INSURANCE COMPANY,:
                                    :
                       Defendant.   :
                                    :
------------------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/25/2020__

1:20-cv-06363-ALC

<u>ORDER</u>

**ANDREW L. CARTER, JR., District Judge:**

      The Parties are hereby ORDERED to submit a joint status report on or before September 1, 2020. The joint status report should include whether the complaint has been answered, as the Parties' filings to date do not make this clear.

**SO ORDERED.**

**Dated:**     **New York, New York**
               **August 25, 2020**

                                            _____
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**